United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HENRY EVELIO CARILLO, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:26-cv-01645 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WARDEN GRANT DICKEY, | § | |
| *et al,* | § | |
| Defendants. | § | |

**ORDER**

Petitioner Henry Evelio Carillo has submitted a request to unseal documents in this case, in which he states he has also been unable to obtain such documents from his counsel. Dkt 8.

Counsel to Petitioner must respond by July 3, 2026, and state why he hasn't been able to provide the requested documents to Petitioner.

SO ORDERED.

Signed on June 23, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge