United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY EVELIO CARILLO, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-01645 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| GRANT DICKEY, *et al,* | § | |
| Respondents. | § | |

### ORDER

Petitioner Henry Evelio Carillo previously submitted a letter requesting to unseal documents in this case, in which he states that he has been unable to obtain such documents from his counsel. Dkt 8.

Counsel to Petitioner was ordered to respond. Dkt 9. He did so, stating that Petitioner's spouse has been provided copies of all documents filed in this case via electronic mail on two prior occasions. See Dkt 10 at 1.

This response is sufficient. The undersigned is satisfied that counsel has met his professional obligations.

The request to unseal documents is DENIED.

Petitioner may bring a further request, if necessary. But he must there explain why he has been unable to obtain the requested documents from his spouse.

SO ORDERED.

Signed on July 6, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge